UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD WILLIAMS,

    Plaintiff,

v.

MICHAEL TOMASZCZYK, et al.,

    Defendants.
_____/

Case No. 1:22-cv-853

Hon. Hala Y. Jarbou

## ORDER

On July 6, 2023, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Michael Tomaszczyk's motion for summary judgment (ECF No. 17).  (*See* R&R, ECF No. 18).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Tomaszczyk's motion for summary judgment (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Tomaszczyk is **DISMISSED**.

**IT IS FURTHER ORDERED** that the unnamed John Doe Defendants are **DISMISSED** for failure to timely effect service.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal by Plaintiff Leonard Williams would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: August 9, 2023 /s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE